# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cr-30051-MJR-1 |
| JOSEPH HARRIS, | ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS OF RELEASE

**PROUD, Magistrate Judge:**

The order setting conditions of release, **Doc. 9**, is modified by the addition of the following conditions:

1. Defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

2. Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the supervising officer.

Defendant was informed of this modification in open court during his arraignment held this date.

**IT IS SO ORDERED.**

**DATED:** June 7, 2017.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE